**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OSCAR AGUILAR,<br><br>Petitioner,<br><br>v.<br><br>FRANK STRADA,<br><br>Respondent. | CIVIL ACTION NO. 3:12-CV-0078<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this ___30th___ day of April, 2012, after consideration of Magistrate Judge Carlson's Report and Recommendation, as well as Mr. Aguilar's Objections, **IT IS HEREBY ORDERED THAT**:

(1) The Report and Recommendation (Doc. 11) is **REJECTED.**

(2) Mr. Aguilar's Petition is to be **TRANSFERRED** to the Honorable Florence Marie Cooper of the United States District Court for the Central District of California.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge